**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | CYMI Industrial, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-3992321 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 580 Westlake Park Blvd Suite 515 Houston, TX 77079 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Harris | **Location of principal assets, if different from principal place of business** |
| County | 5315 Greenwood Road (Industrial Building) Shreveport, LA 71109 |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | cymisa.com |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    CYMI Industrial, Inc.               Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      2379

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

     ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   CYMI Industrial, Inc.                                    Case number (*if known*)
         Name

List all cases. If more than 1,
attach a separate list
Debtor
District                                    When

Relationship
Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   CYMI Industrial, Inc.
         Name

Case number (*if known*)

| | |
|---|---|
| ▮ | **Request for Relief, Declaration, and Signatures** |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 12, 2026
              MM / DD / YYYY

**X** /s/ Bernardo De la Fuente                     Bernardo De la Fuente
Signature of authorized representative of debtor     Printed name

Title   Director

**18. Signature of attorney**

**X** /s/ James M. Sullivan                     Date   May 12, 2026
Signature of attorney for debtor                        MM / DD / YYYY

James M. Sullivan
Printed name

Seyfarth Shaw LLP
Firm name

700 Milam Street
Suite 1400
Houston, TX 77002
Number, Street, City, State & ZIP Code

Contact phone   (713) 225-2300     Email address   jmsullivan@seyfarth.com

2729135 NY
Bar number and State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter   11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 12, 2026
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Bernardo De la Fuente
Printed name

Title   Director

---

**18. Signature of attorney**

X   /s/ James M. Sullivan
Signature of attorney for debtor

Date   May 12, 2026
MM / DD / YYYY

James M. Sullivan
Printed name

Seyfarth Shaw LLP
Firm name

700 Milam Street
Suite 1400
Houston, TX 77002
Number, Street, City, State & ZIP Code

Contact phone   (713) 225-2300      Email address   jmsullivan@seyfarth.com

2729135 NY
Bar number and State

---

Fill in this information to identify the case:

Debtor name  CYMI Industrial, Inc.

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known):  _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ADP Micromegas 31-41 Av Jules Quentin Nanterre Cedex, FR 92016 | | Vendor | | | | $418.06 |
| American Arbitration Assocation 120 Broadway Floor 21 New York, NY 10271 | | | | | | $38,612.50 |
| Atmospheric Corrosion Speciali 1 Hickory Lane Mechanicsburg, PA 17055 | | | Disputed | | | $106,872.78 |
| BNA Constructors USA JV c/o Steven G.M. Stein - Stein Ray LLP 222 West Adams Street Suite 1800 Chicago, IL 60606 | | Demand for Arbitration $22,272,545 for subontract work | Unliquidated | | | $0.00 |
| City of Shreveport Dept of Water and Sewerage PO Box 30065 Shreveport, LA 71153-0065 | | Utility | | | | $56.90 |
| Iron Mountain 195 Summerlea Rd Brampton, ON | | Utility | | | | $1,099.00 |
| Southwestern Electric Power PO Box 371496 Pittsburgh, PA 15250-7496 | | Utility | | | | $71.53 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor  CYMI Industrial, Inc.  _____     Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Verizon Wireless<br>PO Box 660108<br>Dallas, TX<br>75266-0108 | | Utility | | | | $127.67 |

Actalent Inc.
3689 Collection Center Drive
Chicago, IL 60693-0036


ADP Micromegas
31-41 Av Jules Quentin
Nanterre Cedex, FR 92016


American Arbitration Assocation
120 Broadway Floor 21
New York, NY 10271


APTUS Group USA LLC
5930 Northwoods Business Parkway
Charlotte, NC 28269


Atmospheric Corrosion Speciali
1 Hickory Lane
Mechanicsburg, PA 17055


BNA Constructors USA JV
c/o Steven G.M. Stein - Stein Ray LLP
222 West Adams Street
Suite 1800
Chicago, IL 60606


Burwell Material Handling LLC
PO Box 851688
Minneapolis, MN 55485

Capital Lighting & Supply, LLC
8511 Pepco Place
Upper Marlboro, MD 20772


Carr, Riggs & Ingram, LLC
12400 Coit Road, Suite 1000
Dallas, TX 75251


Cartago Consulting Ltd
510 West Hastings Street
Unit 1922
Vancouver, BC


Carter Machinery Company, Inc.
PO Box 751053
Charlotte, NC 28269


Champion Underground Services
3105 Ida St
Chesapeake, VA 23324


City of Shreveport
Dept of Water and Sewerage
PO Box 30065
Shreveport, LA 71153-0065


Danella Construction Inc.
301 Interstate Drive
High Point, NC 27263

Dominion Energy Inc.
PO Box 26532
Richmond, VA 23261


E G Middleton Inc.
2510 Cromwell Road
Norfolk, VA 23509


E MERGE Systems LLC
1314 East Cary Street
Richmond, VA 23219


Graybar Electric Company Inc.
PO Box 403049
Atlanta, GA 30384-3049


Iron Mountain
195 Summerlea Rd
Brampton, ON


Locke Supply Co
PO Box 26128
Oklahoma City, OK 73132


Meadows Collier
901 Main Street
Suite 3700
Dallas, TX 75202

Miles & Stockbridge PC
100 Light Street
Baltimore, MD 21202


Northeast Work And Safety Boat
170 Main Street P.O. Box 613
New Hartford, CT 06057


Plexus Installations Inc.
6400 Frankford Ave. Ste. 17
Baltimore, MD 21206


Secured Network Solutions Inc.
1119 Executive Blvd.
Suite A
Chesapeake, VA 23320


Siemens Industry Inc.
Department Ch 14381
Palatine, IL 60055-4381


Southwestern Electric Power
PO Box 371496
Pittsburgh, PA 15250-7496


Tidewater Systems And Engineer
1351 Bayville Ct St 7
Norfolk, VA 23503

Trigg Industries LLC
716 Bluecrab Rd Ste B
Newport News, VA 23606-2678


Vector Security Inc.
PO Box 89462
Cleveland, OH 44101-6462


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Wick, Phillips, Gould & Martin LLP
3131 McKinney Avenue
Suite 500
Dallas, TX 75204


Willis Towers Watson Midwest
233 South Wacker Drive
Suite 2000
Chicago, IL 60606

# United States Bankruptcy Court
## Southern District of Texas

In re   CYMI Industrial, Inc.                                                    Case No.   _____

                                                    Debtor(s)       Chapter   11 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    CYMI Industrial, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Control Y Montajes Industriales CYMI, S.A.       100% Equity Holder

Cobra Servicios Comunicaciones Y Energia, S.L.U.  100% Owner of Dragados Industrial, S.A.U.

Dragados Industrial, S.A.U.             100% Owner of Control Y Montajes Industriales CYMI, S.A.

Vinci, S.A.                         100% Owner of Cobra Servicios Comunicaciones Y Energia, S.L.U.

☐ None [*Check if applicable*]

May 12, 2026
_____
Date

/s/ James M. Sullivan
_____
James M. Sullivan
Signature of Attorney or Litigant
Counsel for   CYMI Industrial, Inc.
Seyfarth Shaw LLP
700 Milam Street
Suite 1400
Houston, TX 77002
(713) 225-2300 Fax:(713) 225-2340
jmsullivan@seyfarth.com